Brad R. JOHNSON, Plaintiff–Appellant,

v.

SALLIE MAE SERVICING, LP; Christine Donnelly; Mark E. Shure; A. Able; B. Baker; C. Charlie; Shelley M. Turner, Defendants–Appellees.

No. 07–1475.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2007.

Decided: Dec. 20, 2007.

Stuart M. Axelrod, Axelrod & Associates, P.A., Myrtle Beach, South Carolina, for Appellant. James D. Cooper, Jr., Cooper, Coffas, Moore & Gray, P.A., Columbia, South Carolina, for Appellees.

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brad R. Johnson appeals a magistrate judge's order and judgment granting summary judgment to the Defendants and dismissing his complaint arising out of the revisions to a student loan repayment plan.* We have reviewed the record and

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (2000).

the magistrate judge's order and affirm for the reasons cited by the magistrate judge. *Johnson v. Sallie Mae Servicing, LP,* No. 4:03–cv–03857–TER (D.S.C. filed Mar. 28, 2007; entered Mar. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*